1 John R. Climaco (Ohio #0011456)
  jrclim@climacolaw.com
2 Lisa Ann Gorshe (MN #029522X)
  lagors@climacolaw.com
3 CLIMACO, LEFKOWITX, PECA,
  WILCOX & GAROFOLI, CO., LPA
4 55 Public Square, Suite 1950
  Cleveland, OH 44113
5 Telephone: (216)621-8484
  Facsimile:  (216)771-1632
6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION ) ) ) ) ) | **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| This Document Relates to: ) ) | |
| Nanji Ladva, et al. v. Pfizer, Inc., et al. (C 07 1262 CRB) ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFFS WITH PREJUDICE** |

20
21
22      Come now all remaining Plaintiffs in these actions, including, Nanji and Sumita Lavda and
23  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil
24  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with
25  prejudice, with each side bearing its own attorneys' fees and costs.
26
27
28

-1-

1

2

3    DATED: November 30, 2009          By:

4
                                            John R. Climaco (Ohio #0011456)
5                                           jrclim@climacolaw.com
                                            Lisa Ann Gorshe (MN #029522X)
6                                           lagors@climacolaw.com
                                            CLIMACO, LEFKOWITX, PECA,
7                                           WILCOX & GAROFOLI, CO., LPA
                                            55 Public Square, Suite 1950
8                                           Cleveland, OH 44113
                                            Telephone: (216)621-8484
9                                           Facsimile:  (216)771-1632

10
                                            *Attorneys for Plaintiffs*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         -2-
    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                                                    **Case No. MDL NO. 1699**

1

2   DATED: Dec. 14, 2009            By: _____

3                                   DLA PIPER LLP (US)
                                    1251 Avenue of the Americas
4                                   New York, New York 10020
                                    Telephone: (212) 335-4500
5                                   Facsimile: (212) 335-4501

6                                   *Defendants' Liaison Counsel*

7

8

9

10

11

12

13   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

14   **IT IS SO ORDERED.**

15

16   DATED: **DEC 1 8 2009**
                                    Hon. Charles R. Breyer
17                                  United States District Court

18

19

20

21

22

23

24

25

26

27

28
                                    -3-
     **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                                    Case No. MDL NO. 1699